IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID D. RICHARDSON,

    Plaintiff,

v.

PRIMECARE MEDICAL, INC. et al,

    Defendants.

CIVIL ACTION
NO. 16-5490

# ORDER

**AND NOW**, this 10th day of July 2017, upon consideration of Plaintiff's Complaint (Doc. No. 5), Defendants' Motion to Dismiss (Doc. No. 13), Plaintiff's Response in Opposition to the Motion to Dismiss (Doc. Nos. 14, 15), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Doc. No. 13) is **GRANTED**.

2. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.